UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )   No. CR-05-111-RHW
                Plaintiff,      )
                                )   ORDER GRANTING UNCONTESTED
v.                              )   MOTION TO MODIFY
                                )   CONDITIONS OF RELEASE
DAVID LEE STILES, JR.,          )
                                )
                Defendant.      )
                                )

BEFORE THE COURT without oral argument is the Defendant's Motion to Modify Conditions of Release (Ct. Rec. 35). Neither the United States nor the Defendant's supervising Pretrial Services Officer has any objection to the request. Accordingly,

**IT IS ORDERED** that the Defendant's Motion **(Ct. Rec. 35)** is **GRANTED.** To accommodate his work schedule, Defendant shall no longer be subject to the condition of home detention. All other conditions in this court's Orders filed May 3, 2005, and May 31, 2005, remain in effect.

DATED July 12, 2005.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE