UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>DAVID LEE STILES,<br><br>     Defendant. | NO.  CR-05-111-RHW<br><br>**ORDER DENYING MOTION TO DISMISS COUNT ONE OF THE INDICTMENT,** *INTER ALIA* |

Before the Court are Defendant's Motion to Dismiss Count One of the Indictment (Ct. Rec. 23), Motion to Sever Counts (Ct. Rec. 25), and Motion to Dismiss Count Two (Ct. Rec. 27).  A motion hearing was held on November 22, 2005.  Defendant was present and represented by Stephen Hormel; Assistant United States Attorney Ronald Skibbie appeared on behalf of the Government.  After the Court made an oral ruling on Defendant's motions, Defendant entered a plea of guilty to Count One of the Indictment.  This order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss Count One of the Indictment (Ct. Rec. 23) is **DENIED** for the reasons stated at the hearing.  This Court is bound by the Ninth Circuit's ruling in *United States v. Murillo*, 422 F.3d 1152 (9th Cir. 2005).

2. Defendant's Motion to Sever Counts (Ct. Rec. 25) is **DENIED as moot**.

3. Defendant's Motion to Dismiss Count Two (Ct. Rec. 27) is **DENIED as moot**.

///

ORDER DENYING DEFENDANT'S MOTION TO DISMISS, *INTER ALIA* \* 1

1    **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2    Order and forward copies to counsel.
3    **DATED** this 22nd day of November, 2005.
4
5                              s/ ROBERT H. WHALEY
                              Chief United States District Judge
6
7
8
9
10   Q:\CRIMINAL\2005\Stiles\Stiles.deny.dismiss.wpd
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DENYING DEFENDANT'S MOTION TO DISMISS, *INTER ALIA* \* 2