PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 03 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**United States of America**  )
                              )
**vs.**                        )
                              )
David Stiles                  )   Case No.  2:05CR00111-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____David Stiles_____, have discussed with _____Missy K. Kolbe_____, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

**HOME CONFINEMENT:** You shall participate in the home confinement program. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer. You shall abide by all the requirements of the program, which *will include electronic monitoring or other location verification system.* You shall pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer.

**MENTAL HEALTH:** You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-19-05    _____  12/19/05
Signature of Defendant       Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              12/19/05
Signature of Defense Counsel           Date

[X] The above modification of conditions of release is ordered, to be effective on _immediately_.
[ ] The above modification of conditions of release is *not* ordered.

_____              01/03/06
Signature of Judicial Officer          Date