PROB 12B
(7/93)

Report Date: January 11, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JAN 11 2010
JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David Lee Stiles

Case Number: 2:05CR00111-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 3/24/2006

Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)( and 924(a)(2)

Date Supervision Commenced: 9/19/2008

Original Sentence: Prison - 37 Months; TSR - 36 Months

Date Supervision Expires: 9/18/2011

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17 You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

### CAUSE

Recent contact with the offender suggests that the above-mentioned modification is appropriate. David Stiles commenced a 3-year term of supervised release on September 19, 2008. In an attempt to provide federal funding, if necessary, it is requested that the Court modify conditions of supervision to include the aforementioned condition.

David Stiles was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Stiles has agreed to the proposed modification.

It is respectfully recommended that the attached waiver of hearing to modify conditions of probation be adopted requiring Mr. Stiles to participate in mental health treatment at the direction of the probation office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/11/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

1/11/2010
Date