PROB 12A
(7/93)

Report Date: March 1, 2010

## United States District Court

for the

Eastern District of Washington

Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 03 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: David Lee Stiles          Case Number: 2:05CR00111-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 3/24/2006          Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)( and 924(a)(2)          Date Supervision Commenced: 9/19/2008

Original Sentence: Prison - 37 Months; TSR - 36 Months          Date Supervision Expires: 9/18/2011

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: David Stiles violated conditions of his supervised release by consuming methamphetamine on or about February 19, 2010, contrary to condition #7 of his supervised release.

On February 19, 2010, David Stiles reported to Pioneer Human Services and provided a urine specimen which showed presumptive positive for methamphetamine. On February 25, 2010, the undersigned officer spoke with the offender by telephone to address the alleged noncompliance. At that time, Mr. Stiles adamantly denied use of any illicit drugs. On February 26, 2010, the offender was contacted during a home visit. At that time, Mr. Stiles was questioned again about the presumptive positive result for methamphetamine on February 19, 2010. David Stiles admitted consuming mini thins, however, denied use of methamphetamine.

On February 28, 2010, the undersigned officer received notice that the above-referenced urine specimen was confirmed positive for methamphetamine. The offender was contacted by telephone and instructed to appear in the U.S. Probation Office on March 1, 2010.

Mr. Stiles reported to the U.S. Probation Office as instructed and admitted use of methamphetamine on February 17, 2010.

Prob12A
Re: Stiles, David Lee
March 1, 2010
Page 2

### Background:

As the Court may recall, David Stiles has a long-history of poly-substance abuse. On December 15, 2009, a home visit was conducted. The undersigned officer discovered a bottle of liquor maintained in the offender's bedroom closet. At that time, Mr. Stiles indicated that he kept the bottle in the closet so his teenage daughter would not have access. Upon questioning the offender's wife, it was determined that the offender's use of alcohol and psychotropic medication had increased, of late. Consequently, the offender was referred for a chemical dependency evaluation and instructed to follow all treatment recommendations. The treatment provider did not recommend counseling following the aforementioned evaluation. Mr. Stiles was verbally reprimanded and warned against consuming alcohol excessively and with his medication.

### U.S. Probation Officer Action:

As an intermediate sanction, David Stiles was verbally reprimanded and directed to abstain from the use of controlled substances while under supervision. In addition, he was immediately referred to Pioneer Human Services for chemical dependency treatment. Additionally, the frequency of urinalysis testing was increased effective immediately. The undersigned officer invited the offender to consider participation in the Sobriety Treatment and Education Program (STEP).

Your Honor, it is hoped that the intermediate sanction imposed meets your expectations. The undersigned officer remains convinced the offender is amenable to treatment efforts. However, in the event you choose to have a warrant or summons issued, please advise and the undersigned will prepare the appropriate petition and present it for your signature.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/02/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

[✓] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

3/3/2010
Date