PROB 12C
(7/93)

Report Date: November 1, 2010

## United States District Court

for the

### Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 01 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Lee Stiles, Jr.     Case Number: 2:05CR00111-001

Address of Offender:                Albany, OR

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 03/24/2006

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § § 922(g) and 924(a)(2)

Original Sentence:   Prison - 37 Months; TSR - 36    Type of Supervision: Supervised Release
                     Months

Asst. U.S. Attorney: Ronald Skibbie           Date Supervision Commenced: 09/19/2008

Defense Attorney:    Federal Defender         Date Supervision Expires: 09/18/2011

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1                    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                     **Supporting Evidence**: Mr. Stiles is considered to be in violation of his conditions of supervised release as he committed another crime.

                     On October 29, 2010, David Lee Stiles, Jr., was taken into custody by deputies with the Linn County Sheriff's Department in Linn County, Oregon. He was charged with assault III, domestic violence, after he physically assaulted his wife and her juvenile daughter. According to the witnesses' statements, Mr. Stiles hit his wife in the face with a broken piece of cabinet he had smashed. He reportedly choked both his wife and stepdaughter.

2                    **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

                     **Supporting Evidence**: Witnesses reported that Mr. Stiles was under the influence of alcohol during the course of events leading up to his arrest. He reported to the arresting officer that he had drank "2 or 3 beers" that night.

Prob12C
Re: Stiles, David Lee
November 1, 2010
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/01/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

11/1/10
Date